Savannah, Florida & Western Railway Company, Plaintiff in Error, vs. Nannie L. Nance, Defendant in Error.

Writ of error to Circuit Court, Osceola county; Minor S. Jones, Judge.

Sparkman & Carter, for Plaintiff in Error.

No appearance for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and defendant takes writ of error.

Writ of error dismissed on motion of counsel for plaintiff in error.